GABROY LAW OFFICES
Christian Gabroy (#8805)
Kaine Messer (#14240)
Dominique Bosa-Edwards (#15705)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel     (702) 259-7777
Fax     (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
dbe@gabroy.com

Mark R. Thierman, (#8285)
mark@thiermanbuck.com
Joshua D. Buck (#12187)
josh@thiermanbuck.com
Leah L. Jones, (#13161)
leah@thiermanbuck.com
THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Plaintiff Salvador Martinez*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SALVADOR MARTINEZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LINKUS ENTERPRISES LLC; DOES 1 through 50; inclusive,<br><br>Defendant(s). | Case No.: 2:21-cv-01119<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS (ECF No. 7)**<br><br>(First Request) |

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS (ECF No. 7)**

Plaintiff Salvador Martinez ("Plaintiff") and Defendant LinkUs Enterprises LLC ("Defendant") by and through their respective counsel of record, hereby stipulate to the following extension of time for Plaintiff to respond to Defendant's Motion to Dismiss (ECF No. 7, the "Motion"). Plaintiff's response is currently due July 2, 2021. *See* ECF

GABROY LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777 FAX: (702) 259-7704

No. 7.

Plaintiff has requested a two-week extension to July 16, 2021 to respond, and Defendant has agreed. Counsel has previously-planned family travel arrangements, some of which relate to the upcoming Independence Day holiday on July 4th. Further, counsel will continue to work together in good faith to explore the possibility of potential resolution.

Accordingly, Plaintiff and Defendant hereby agree that Plaintiff's response to the Motion shall be due on July 16, 2021. Defendant's Reply briefing shall be due on July 23, 2021.

This is the first request for an extension of time to file a response to the Motion. This request is not sought for any improper purpose or other reason of delay.

Dated this 18th day of June 2021.

Respectfully submitted,


/s/ *Christian Gabroy*
Christian Gabroy, Esq.
Nev. Bar No. 8805
GABROY LAW OFFICES
170 S. Green Valley Parkway, Ste 280
Henderson, Nevada 89012
Tel (702) 259-7777
Fax (702) 259-7704

*Attorneys for Plaintiff*

Dated this 18th day of June 2021.

Respectfully submitted,


/s/ *Daniel I. Aquino*
Kristen T. Gallagher, Esq.
Nev. Bar No. 9561
Daniel I. Aquino, Esq.
Nev. Bar No. 12682
MCDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Tel: (702) 873-4100

*Attorneys for Defendant*


**IT IS SO ORDERED.**


<u>    June 21, 2021.    </u>
        Date



RICHARD F. BOULWARE, II
**United States District Court**