Kristen T. Gallagher (NSBN 9561)
Daniel I. Aquino (NSBN 12682)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
kgallagher@mcdonaldcarano.com
daquino@mcdonaldcarano.com

*Attorneys for LinkUs Enterprises LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SALVADOR MARTINEZ, in behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LINKUS ENTERPRISES LLC; DOES 1 through 50; inclusive,<br><br>Defendants. | CASE NO.:   2:21-cv-01119-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT (ECF No. 12)**<br><br>**(First Request)** |

Defendant LinkUs Enterprises LLC ("Defendant") and Plaintiff Salvador Martinez ("Plaintiff"), by and through their respective counsel of record, hereby stipulate to extending the time for Defendant to respond to Plaintiff's Amended Complaint (currently due July 30, 2021) up to and including August 2, 2021.  ECF No. 12.

Defendant requires further time to investigate the additional factual allegations and legal claims set forth in the Amended Complaint.  Counsel for the parties will continue to work together in good faith to explore the possibility of potential resolution.  Accordingly, the parties hereby agree that Defendant's response to the Amended Complaint shall be due on or before August 2, 2021.

This is the first request for an extension of time to file a responsive pleading to the Amended Complaint. This request is not sought for any improper purpose or other reason of delay.

Dated this 28th day of July, 2021.

| McDONALD CARANO LLP | THIERMAN BUCK LLP |
|---|---|
| By: /s/ Daniel I. Aquino<br>Kristen T. Gallagher (NSBN 9561)<br>Daniel I. Aquino (NSBN 12682)<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>kgallagher@mcdonaldcarano.com<br>daquino@mcdonaldcarano.com<br><br>*Attorneys for LinkUs Enterprises LLC* | By: /s/ Joshua D. Buck<br>Mark R. Thierman, Esq.<br>Joshua D. Buck, Esq.<br>Leah L. Jones, Esq.<br>7287 Lakeside Drive<br>Reno, Nevada 89511<br>mark@thiermanbuck.com<br>josh@thiermanbuck.com<br>leah@thiermanbuck.com<br><br>Christian Gabroy, Esq.<br>Kaine Messer, Esq.<br>GABROY LAW OFFICES<br>170 S. Green Valley Pkwy, Suite 280<br>Henderson, Nevada 89012<br>christian@gabroy.com<br>kmesser@gabroy.com<br><br>*Attorneys for Plaintiff* |

**IT IS SO ORDERED.**

July 28, 2021
Date

_____
U.S. MAGISTRATE JUDGE