Kristen T. Gallagher (NSBN 9561)
Daniel I. Aquino (NSBN 12682)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
kgallagher@mcdonaldcarano.com
daquino@mcdonaldcarano.com

*Attorneys for LinkUs Enterprises LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SALVADOR MARTINEZ, in behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LINKUS ENTERPRISES LLC; DOES 1 through 50; inclusive,<br><br>Defendants. | CASE NO.:   2:21-cv-01119-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT (ECF No. 12)**<br><br>**(Second Request)** |

Defendant LinkUs Enterprises LLC ("Defendant") and Plaintiff Salvador Martinez ("Plaintiff"), by and through their respective counsel of record, hereby stipulate to extending the time for Defendant to respond to Plaintiff's Amended Complaint (currently due August 2, 2021) up to and including August 16, 2021.  ECF No. 12.

The parties previously requested, and were granted, a brief extension of this deadline.  ECF No. 14.  However, subsequent discussion regarding potential resolution revealed the existence of additional factual inquiries that the parties must perform.  To allow such inquiry and permit the necessary time for the parties to work together in good faith to explore the possibility of potential resolution, the parties hereby agree that Defendant's response to the Amended Complaint shall be due on or before August 16, 2021.

This is the second request for an extension of time to file a responsive pleading to the Amended Complaint. This request is not sought for any improper purpose or other reason of delay.

Dated this 2nd day of August, 2021.

| McDONALD CARANO LLP | THIERMAN BUCK LLP |
|---|---|
| By: */s/ Daniel I. Aquino*<br>Kristen T. Gallagher (NSBN 9561)<br>Daniel I. Aquino (NSBN 12682)<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>kgallagher@mcdonaldcarano.com<br>daquino@mcdonaldcarano.com<br><br>*Attorneys for LinkUs Enterprises LLC* | By: */s/ Joshua D. Buck*<br>Mark R. Thierman, Esq.<br>Joshua D. Buck, Esq.<br>Leah L. Jones, Esq.<br>7287 Lakeside Drive<br>Reno, Nevada 89511<br>mark@thiermanbuck.com<br>josh@thiermanbuck.com<br>leah@thiermanbuck.com<br><br>Christian Gabroy, Esq.<br>Kaine Messer, Esq.<br>GABROY LAW OFFICES<br>170 S. Green Valley Pkwy, Suite 280<br>Henderson, Nevada 89012<br>christian@gabroy.com<br>kmesser@gabroy.com<br><br>*Attorneys for Plaintiff* |

**IT IS SO ORDERED.**

August 2, 2021
_____
Date

_____
UNITED STATES MAGISTRATE JUDGE