Kristen T. Gallagher (NSBN 9561)
Daniel I. Aquino (NSBN 12682)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
kgallagher@mcdonaldcarano.com
daquino@mcdonaldcarano.com

*Attorneys for LinkUs Enterprises LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SALVADOR MARTINEZ, in behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LINKUS ENTERPRISES LLC; DOES 1 through 50; inclusive,<br><br>Defendants. | CASE NO.:   2:21-cv-01119-RFB-EJY<br><br>**NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO VACATE DEADLINES** |

Defendant LinkUs Enterprises LLC ("Defendant") and Plaintiff Salvador Martinez ("Plaintiff") have reached a settlement of Plaintiff's individual claims, which will include an agreement to dismiss this action in its entirety with prejudice as to Plaintiff's individual claims, and without prejudice as to the class and collective claims.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

In light of this settlement, the parties stipulate and request that all pending deadlines (including discovery deadlines and Defendant's deadline to respond to Plaintiff's Amended Complaint) be vacated. The parties are in the process of preparing formal settlement documents, and request the Court allow the parties to submit a Joint Motion to Approve Settlement on or before October 25, 2021.

Dated this 24th day of September, 2021.

| McDONALD CARANO LLP | THIERMAN BUCK LLP |
|---|---|
| By: /s/ Daniel I. Aquino<br>  Kristen T. Gallagher (NSBN 9561)<br>  Daniel I. Aquino (NSBN 12682)<br>  2300 West Sahara Avenue, Suite 1200<br>  Las Vegas, Nevada 89102<br>  kgallagher@mcdonaldcarano.com<br>  daquino@mcdonaldcarano.com<br><br>*Attorneys for LinkUs Enterprises LLC* | By: /s/ Joshua D. Buck<br>  Mark R. Thierman, Esq.<br>  Joshua D. Buck, Esq.<br>  Leah L. Jones, Esq.<br>  7287 Lakeside Drive<br>  Reno, Nevada 89511<br>  mark@thiermanbuck.com<br>  josh@thiermanbuck.com<br>  leah@thiermanbuck.com<br><br>  Christian Gabroy, Esq.<br>  Kaine Messer, Esq.<br>  GABROY LAW OFFICES<br>  170 S. Green Valley Pkwy, Suite 280<br>  Henderson, Nevada 89012<br>  christian@gabroy.com<br>  kmesser@gabroy.com<br><br>*Attorneys for Plaintiff* |

**IT IS SO ORDERED.**

September 27, 2021
    Date

_____
UNITED STATES MAGISTRATE JUDGE

2