Kristen T. Gallagher (NSBN 9561)
Daniel I. Aquino (NSBN 12682)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
kgallagher@mcdonaldcarano.com
daquino@mcdonaldcarano.com

*Attorneys for LinkUs Enterprises LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SALVADOR MARTINEZ, in behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LINKUS ENTERPRISES LLC; DOES 1 through 50; inclusive,<br><br>Defendants. | CASE NO.:   2:21-cv-01119-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE SETTLEMENT DOCUMENTS (ECF No. 22)**<br><br>**(First Request)** |

Defendant LinkUs Enterprises LLC ("Defendant") and Plaintiff Salvador Martinez ("Plaintiff"), by and through their respective counsel of record, hereby stipulate and seek an order extending the time to file settlement documents from October 25, 2021, to October 29, 2021. ECF No. 22.

The parties have tentatively resolved this matter and are finalizing the settlement documents. The parties have one remaining term to finalize and then will be able to present the settlement documents to this court for approval.

1    This is the first request for an extension of time to file settlement documents. This request

2 is not sought for any improper purpose or other reason of delay.

3 Dated this 25th day of October.

| McDONALD CARANO LLP | THIERMAN BUCK LLP |
|---|---|
| By: */s/ Daniel I. Aquino* <br> Kristen T. Gallagher (NSBN 9561) <br> Daniel I. Aquino (NSBN 12682) <br> 2300 West Sahara Avenue, Suite 1200 <br> Las Vegas, Nevada 89102 <br> kgallagher@mcdonaldcarano.com <br> daquino@mcdonaldcarano.com <br><br> *Attorneys for LinkUs Enterprises LLC* | By: */s/ Joshua D. Buck* <br> Mark R. Thierman, Esq. <br> Joshua D. Buck, Esq. <br> Leah L. Jones, Esq. <br> 7287 Lakeside Drive <br> Reno, Nevada 89511 <br> mark@thiermanbuck.com <br> josh@thiermanbuck.com <br> leah@thiermanbuck.com <br><br> Christian Gabroy, Esq. <br> Kaine Messer, Esq. <br> GABROY LAW OFFICES <br> 170 S. Green Valley Pkwy, Suite 280 <br> Henderson, Nevada 89012 <br> christian@gabroy.com <br> kmesser@gabroy.com <br><br> *Attorneys for Plaintiff* |

**IT IS SO ORDERED.**

October 25, 2021
    Date                                                        _____
                                                                           UNITED STATES MAGISTRATE JUDGE

2