Kristen T. Gallagher (NSBN 9561)
Daniel I. Aquino (NSBN 12682)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
kgallagher@mcdonaldcarano.com
daquino@mcdonaldcarano.com

*Attorneys for LinkUs Enterprises LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SALVADOR MARTINEZ, in behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LINKUS ENTERPRISES LLC; DOES 1 through 50; inclusive,<br><br>Defendants. | CASE NO.:   2:21-cv-01119-RFB-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Defendant LinkUs Enterprises LLC and Plaintiff Salvador Martinez, by and through their respective undersigned counsel, hereby jointly stipulate to dismiss this action in its entirety, with prejudice as to Plaintiff Salvador Martinez's individual claims, and without prejudice as to any

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1    class or collective claims on behalf of potential members of any such putative class or collective.

2    Each party shall bear its respective fees and costs.

3        Dated this 28th day of January, 2022.

4    McDONALD CARANO LLP                    THIERMAN BUCK LLP

5    By: */s/  Daniel I. Aquino*                    By: ___/s/  *Joshua D. Buck*_____

6        Kristen T. Gallagher (NSBN 9561)              Mark R. Thierman, Esq.
         Daniel I. Aquino (NSBN 12682)               Joshua D. Buck, Esq.

7        2300 West Sahara Avenue, Suite 1200           Leah L. Jones, Esq.
         Las Vegas, Nevada 89102                  7287 Lakeside Drive

8        kgallagher@mcdonaldcarano.com              Reno, Nevada 89511
         daquino@mcdonaldcarano.com               mark@thiermanbuck.com

9                                        josh@thiermanbuck.com
                                         leah@thiermanbuck.com

10        *Attorneys for LinkUs Enterprises LLC*

11                                       Christian Gabroy, Esq.
                                         Kaine Messer, Esq.

12                                       GABROY LAW OFFICES
                                         170 S. Green Valley Pkwy, Suite 280

13                                       Henderson, Nevada 89012
                                         christian@gabroy.com

14                                       kmesser@gabroy.com

15                                        *Attorneys for Plaintiff*

16

17

18    **IT IS SO ORDERED.**

19

20    

21    RICHARD F. BOULWARE, II
      **United States District Court**

22        DATED this 31st day of January, 2022.

23

24

25

26

27

28

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966
McDONALD CARANO

2